**UNITED STATES of America,
Appellee,**

v.

**Gary Michael GATLIFF, Appellant.**

**No. 03–3763.**

United States Court of Appeals,
Eighth Circuit.

Submitted June 4, 2004.

Decided June 17, 2004.

Christopher D. Plumlee, U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Gary Michael Gatliff, El Reno, OK, pro se.

Quincy Byrum Hurst, Jr., Hot Springs, AR, for Defendant–Appellant.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Gary Michael Gatliff pleaded guilty to willfully and knowingly transmitting in interstate commerce a telephone communication containing a threat to injure a person, in violation of 18 U.S.C. § 875(c). The district court[1] sentenced him to 18 months imprisonment and 3 years supervised release. On appeal, he argues that the district court should have granted his motion for a downward departure based on his reduced mental capacity. Given the

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

district court's explicit recognition of its authority to depart, its decision not to do so is unreviewable. *See United States v. Koons,* 300 F.3d 985, 993–94 (8th Cir.2002). Accordingly, we affirm.